```
X  FILED      ___ LODGED
___ RECEIVED  ___ COPY

     MAR 2 7 2008

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# SEALED

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

CR 08 - 0256 PHX·SMM(MEA)

| | |
|---|---|
| United States of America, | NO. |
| Plaintiff, | **INDICTMENT** |
| v. | |
| 1. Mario G. Bernadel,<br>   (Counts 1-43) | VIO:  18 U.S.C § 1349<br>(Conspiracy to Commit Mail,<br>Wire and Bank Fraud)<br>Count 1 |
| 2. April J. Lucero,<br>   (Counts 1-43) | 18 U.S.C. § 1341<br>(Mail Fraud)<br>Counts 2 - 7 |
| 3. Amanda L. Adorno,<br>   a.k.a. Amandra Adorno,<br>   (Counts 1-43) | 18 U.S.C § 1343<br>(Wire Fraud)<br>Count 8 - 14 |
| 4. Christopher S. Bartlemus,<br>   (Counts 1-43) | 18 U.S.C. § 1344<br>(Bank Fraud) |
| 5. Marcos R. Branch,<br>   (Counts 1, ~~43)~~ (6-43) | Count 15 |
| 6. Brittany Ann Parrish,<br>   (Counts 1-43) | 18 U.S.C § 1957(a)<br>(Transactional Money<br>Laundering)<br>Counts 16 - 43 |
| 7. John H. Webber III,<br>   (Counts 1-43) | |
| 8. Stephanie McWilliams,<br>   a.k.a. Stephanie Edwards,<br>   (Counts 1-43) | |
| Defendants. | |

THE GRAND JURY CHARGES:

## **INTRODUCTORY ALLEGATIONS**

At all times material to this indictment:

1.      Defendant MARIO G. BERNADEL ("BERNADEL") was a real estate investor and operated a business known as Compass Development, Inc., Las Vegas, NV. BERNADEL was also a resident of Maricopa County, AZ.

2.      Defendant APRIL J. LUCERO ("LUCERO") purported to be employed as a loan officer for Sterling Home Mortgage LLC, Phoenix, AZ.  LUCERO took commissions for many of the loan applications she brokered that were successfully funded.  On December 12, 2005, LUCERO incorporated Lamp Light Marketing LLC pursuant to the laws of the State of Arizona.  Lamp Light Marketing LLC, in furtherance of the conspiracy and schemes to defraud, took ownership of certain properties and received cash at closing from certain properties for which residential mortgages were obtained with false and/or misleading information.

3.      Defendant AMANDA L. ADORNO a.k.a. Amandra Adorno ("ADORNO") was employed as an assistant for LUCERO.  On February 17, 2006, ADORNO incorporated D.L.A. Development LLC pursuant to the laws of the State of Arizona.  D.L.A. Development LLC, in furtherance of the conspiracy and schemes to defraud, took ownership of certain properties and received cash at closing from certain properties for which residential mortgages were obtained with false and/or misleading information.

4.      Defendant CHRISTOPHER S. BARTLEMUS ("BARTLEMUS") was employed as an escrow officer for Security Title Agency, Scottsdale, AZ.  BARTLEMUS knowingly prepared documents for the closing of a majority of the properties identified in this conspiracy and fraud schemes, with false, incomplete and inaccurate information, disbursed checks to other indicted co-conspirators, and knowingly allowed the loan transactions to go forward based on such false and misleading information.

5.     Defendant MARCOS R. BRANCH ("BRANCH") was employed as a loan officer for Value Mortgage Funding, Scottsdale, AZ.  BRANCH earned commissions for many of the loan applications he brokered that were successfully funded.  On July 21, 2006, BRANCH incorporated AMB Consulting LLC pursuant to the laws of the State of Arizona. AMB Consulting LLC, in furtherance of the conspiracy and schemes to defraud, the United States of America, received cash at closing from certain properties for which residential mortgages were obtained with false and/or misleading information.

6.     Defendant BRITTANY ANN PARRISH ("PARRISH") was employed as a loan officer for Achievers Mortgage, Scottsdale, AZ.  PARRISH was also a notary and a licensed Real Estate Agent.  On September 5, 2006, PARRISH incorporated Phoenix Development Company LLC pursuant to the laws of the State of Arizona.  Phoenix Development Company LLC, in furtherance of the conspiracy and schemes to defraud, the took ownership of certain properties and received cash at closing from certain properties for which residential mortgages were obtained with false and/or misleading information.

7.     Defendant JOHN H. WEBBER III ("WEBBER") acted as a straw buyer recruiter for ADORNO.  On December 27, 2006, JC Development LLC was incorporated pursuant to the laws of the State of Arizona at the direction of WEBBER by another co-conspirator.  WEBBER, in furtherance of the conspiracy and schemes, received cash at closing from certain properties for which residential mortgages were obtained with false and/or misleading information.

8.     Defendant STEPHANIE MCWILLIAMS, a.k.a. Stephanie Edwards ("MCWILLIAMS"), was employed at BJ Group Homes LLC.  MCWILLIAMS acted as a straw buyer on the purchase of three properties.  MCWILLIAMS also used her position at BJ Group Homes LLC to verify employment for other straw buyers who were not employed at BJ Group Homes LLC, thus furthering the conspiracy and schemes to obtain residential mortgages with false and/or misleading information. MCWILLIAMS also purchased at least two properties involved in this scheme by providing certain false information to induce

residential lenders to issue residential mortgages and entered into loan agreements on such properties.  MCWILLIAMS then did knowingly sell such properties to another member of the investment scheme, knowing the new mortgages on the properties were  obtained using false information.

### Real Estate Obtained by False and Fraudulent Statements and Documents

9.     Defendants acquired and financed the properties listed below by making false and fraudulent statements and submitting false and fraudulent documents to lenders:

### Addresses

XXXX S. 22nd Lane, Phoenix, AZ 85041

XXXX W. Muriel Drive, Glendale, AZ 85308

XXXX  N. 86th Street, Scottsdale, AZ 85251

XXXX  N. 87th Place, Scottsdale, AZ 85250

XXXX  W. Canyon Lane, Goodyear, AZ 85338

XXXXX N. 168th Avenue, Surprise, AZ 85388

XXXX    W. Monroe Street, Peoria, AZ 85345

XXXXX  S. 27th Lane, Phoenix, AZ 85045

XXXXX  S. Obispo Drive, Goodyear, AZ 85388-9637

XXXX     N. 69th Place, Peoria, AZ 85345

XXXX     E. Glenrosa Avenue, Phoenix, AZ 85018-4224

XXXX     E. San Marcus Drive, Fountain Hills, AZ 85268

XXXXX N. 71st Drive, Peoria, AZ 85381

XXXX     E. Third Avenue #309, Scottsdale, AZ 85251

XXXX     N. 68th Street, Scottsdale, AZ 85251

XXXX     E. Pleasant Run, Scottsdale, AZ 85258

XXXX     N. 18th Avenue, Phoenix, AZ 85021

XXX      W. Naranja Avenue, Mesa AZ 85210

XXXXX N. Clubgate Drive Unit 161, Scottsdale, AZ 85254

XXXX    E. County Down Drive, Chandler, AZ

XXXX    Culver, Scottsdale, AZ

XXX     Gemini, Chandler, AZ

XXXX    W. Calle Marita, Phoenix, AZ 85085

XXXXX   N. 12th Street, Phoenix, AZ 85086

XXXX    E. Liberty Lane, Phoenix, AZ 85048

XXXX    W. Todd Drive, Tempe, AZ 85283

XXXX    E. Indigo Bay Drive, Gilbert, AZ 85234

XXXX    W. Longhorn, Chandler, AZ

XXXX    W. Glenhaven, Phoenix, AZ

XXXX    S. 27th Avenue, Phoenix, AZ

XXXXX   W. Warren Lane, Maricopa, AZ 85239

XXXX    E. 3rd Avenue #110, Scottsdale, AZ

## COUNT 1

### Conspiracy to Commit Mail, Wire and Bank Fraud

### [18 U.S.C. § 1349]

10.     From a time unknown to the grand jury but at least as early as on or about December 2005 through on or about March 1, 2007, in the District of Arizona and elsewhere, defendants BERNADEL, LUCERO, ADORNO, BARTLEMUS, BRANCH, PARRISH, WEBBER and MCWILLIAMS, and others known and unknown to the grand jury, knowingly combined, conspired and agreed with each other and with others, known and unknown to the grand jury, to commit certain offenses against the United States, to wit:

a.      Mail Fraud, in violation of Title 18, United States Code, § 1341;

b.      Wire Fraud, in violation of Title 18, United States Code, § 1343.

c.      Bank Fraud, in violation of Title 18, United States Code, § 1344.

5

**The Purpose of the Conspiracy and Schemes to Defraud**

11.     The purpose of the defendants' conspiracy was, as follows:

a.     To find and recruit people with fair to good credit who were desperate for money, to act as straw buyers in furtherance of these conspiracy and frauds scheme.

b.     To purchase properties by providing false information to lending institutions in order to qualify straw buyers for residential loans.

c.     To obtain appraisals on the target properties well above the agreed upon sales price.

d.     To withdraw at closing as much equity/cash out of the properties as possible based upon the appraised value of the homes.

e.     To secure renters or resell the properties as soon as possible for thousands of dollars more than the acquisition prices, on occasion to other members of the conspiracy and fraud schemes.

f.     To enable defendants BERNADEL, LUCERO, ADORNO, BARTLEMUS, BRANCH, PARRISH, WEBBER, MCWILLIAMS and others, to receive money for assisting with the acquisition and sale of the properties, either through commissions on loans, commissions on escrow processing, falsely verifying employment of other straw buyers, and/or withdrawing cash, i.e. the 'perceived equity' from the properties.

**Means and Method of the Conspiracy and Schemes to Defraud**

12.     It was part of the conspiracy and Schemes to defraud that:

a.     BERNADEL, LUCERO, ADORNO,  and others developed a scheme to defraud various mortgage lenders by purchasing residential real estate/houses at greatly inflated prices and profiting from the difference between the inflated sales prices and the lesser amounts the sellers had agreed to receive from the sale of the properties.  At or after the closings, a portion of the funds from the new loans were used to pay off the original loans (sellers' mortgages) and the remainder of the funds were  taken by BERNADEL, LUCERO,

ADORNO, and other co-conspirators, to fund their lifestyles and further finance and promote the conspiracy and fraud schemes..

b.    BERNADEL, LUCERO, ADORNO, PARRISH, WEBBER and others recruited straw buyers to purchase houses at greatly inflated prices and paid them between $2,000 and $10,000 per house for the use of their credit to purchase the properties.

c.    After recruiting each straw buyer, LUCERO and BRANCH used their positions as loan officers to create false documents, including employment verification (with the assistance of co-conspirator MCWILLIAMS), mortgage loan applications, and bank statements to qualify each straw buyer for the residential loan.

d.    To ensure the loans on the properties were funded, defendants worked with appraisers to appraise the properties at greatly inflated values.

e.    Defendant BARTLEMUS used his position as an escrow officer to creat false and/or misleading HUD-1 Settlement Statements which he knew failed to clearly disclose that funds were being disbursed to non-lien holding Limited Liability Companies owned and managed by several of the defendants. BARTLEMUS knew that if these payments had been disclosed, the residential lenders would not have funded the loans.

f.    Defendants would use the same straw buyer on several different properties within a short period of time so all the loans would close before the first property purchased would show up on the straw buyer's credit report.

### Overt Acts

13.    In furtherance of the aforesaid conspiracy and schemes to defraud, and to effect the objectives of the conspiracy, the defendants and others committed, or caused to be committed, among others, the following overt acts:

14.    **MARIO G. BERNADEL:**

a.    On or about February 23, 2007, BERNADEL's company, Compass Development Inc., received $21,007.19 from the closing of a property located at 7301 E. Third Avenue #309, Scottsdale, AZ, that BERNADEL owned. BERNADEL organized the

straw buyer to purchase this property. BERNADEL purchased this property on November 9, 2004 for $270,000. BERNADEL sold this property on February 23, 2007 for $935,000 to the straw buyer that he had arranged.

b.      On or about December 5, 2006, BERNADEL sold a property located at 2936 W. Glenhaven, Phoenix, AZ for $575,000 to an admitted straw buyer who was recruited by BERNADEL and other co-conspirators. BERNADEL purchased this property on December 2, 2005, for $560,000.

c.      On or about December 15, 2006, BERNADEL sold a property located at 17001 S. 27th Avenue, Phoenix, AZ for $650,000 to an admitted straw buyer who was recruited by BERNADEL and other co-conspirators. BERNADEL purchased this property on December 8, 2005, for $615,000.

15.    **APRIL J. LUCERO**:

a.      On or about January 19, 2006, LUCERO opened a Bank One Business Checking account and a Bank One Business High Balance Savings account at the JP Morgan Chase Bank N.A. on 77th Avenue and Bell Road in Arizona under the name Lamp Light Marketing LLC.

b.      On or about February 13, 2006, LUCERO signed a Quit Claim Deed transferring interest of a property located at 16043 N. 168th Avenue, Surprise, AZ 85388, from a straw buyer to her company Lamp Light Marketing LLC.

c.      On or about February 13, 2006, LUCERO directed a straw buyer to sign a Quit Claim Deed transferring interest of a property located at 9402 W. Monroe Street, Peoria, AZ 85345, from the straw buyer to her company Lamp Light Marketing LLC.

d.      On or about February 13, 2006, LUCERO directed a straw buyer to sign a Quit Claim Deed transferring interest of a property located at 11164 S. Obispo Drive, Goodyear, AZ 85338, from the straw buyer to her company Lamp Light Marketing LLC.

e.      On or about June 2, 2006, LUCERO fraudulently endorsed a check that LUCERO stole from Sterling Home Mortgage in the amount of $800 relating to the closing

on a property located at 18197 W. Canyon Lane, Goodyear, AZ 85338.

f.      On or about June 21, 2006, LUCERO fraudulently endorsed a check that LUCERO stole from Sterling Home Mortgage in the amount of $1,400 relating to the closing on a property located at 7753 E. Pleasant Run, Scottsdale, AZ 85258.

16.   **AMANDA L. ADORNO:**

a.      On or about March 15, 2006, ADORNO opened a Chase Business High Yield Savings Account and a Chase Business Classic Checking account at the JP Morgan Chase Bank N.A. on Litchfield and Waddell Road in Arizona in the name of DLA Development LLC.

b.      On or about April 11, 2006, ADORNO added another individual to her DLA Development LLC bank account at JP Morgan Chase Bank in order to show potential lenders that this individual had the required reserves to qualify for a residential loan for one of the identified properties in this conspiracy.

c.      On or about June 1, 2006, ADORNO directed a straw buyer to  sign a Quit Claim Deed transferring interest of a property located at 3602 N. 68th Street, Scottsdale, AZ 85251, from the straw buyer to her company DLA Development LLC.

d.      On or about June 2, 2006, ADORNO deposited an $800 check relating to the closing on a property located at 18197 W. Canyon Lane, Goodyear, AZ 85338 into her DLA Development LLC bank account.  ADORNO knew this check had been stolen from Sterling Home Mortgage and fraudulently endorsed by LUCERO.

e.      On June 21, 2006, ADORNO deposited a $1,400 check relating to the closing on a property located at 7753 E. Pleasant Run, Scottsdale, AZ 85258 into her DLA Development Bank account.

17.   **CHRISTOPHER S. BARTLEMUS:**

a.      On or about January 30, 2006, BARTLEMUS caused a copy of a false HUD-1 Settlement Statement to be faxed to Crevecor Mortgage Associates, Inc. at 1150 Hanley Industrial Ct., St. Louis, MO 63144, from his office in Scottsdale, Arizona for a

property located at 17008 S. 27th Lane, Phoenix, AZ 85045, in which he failed to disclose that a $40,000 payment was going to be made to Lamp Light Marketing LLC at closing, when BARTLEMUS knew the LLC was owned by another co-conspirator.

b.      On or about May 25, 2006, BARTLEMUS notarized a "Joint Venture Agreement for Real Estate Deals" where a straw buyer and co-conspirator LUCERO signed this agreement at about the same time the straw buyer was also signing the closing documents on a property located at 7902 Culver, Scottsdale, Arizona.

c.      On or about May 25, 2006, BARTLEMUS notarized a "Joint Venture Agreement for Real Estate Deals" whereby a straw buyer and co-conspirator LUCERO signed this agreement at the same time the straw buyer was also signing the closing documents on a property located at 873 Gemini, Chandler, Arizona.

d.      On or about September 1, 2006, BARTLEMUS requested and received a no-interest loan from ADORNO for $43,237.15 and a no-interest loan for $16,480.00 for his twin brother, to purchase a property of his own.

18.    **MARCOS R. BRANCH:**

a.      On or about January 24, 2007, BRANCH opened a Business account at Wells Fargo Bank N.A. in Arizona in the name of AMB Consulting LLC.

b.      On or about February 8, 2007, BRANCH received a wire transfer from Security Title into his Wells Fargo Bank account in the amount of $35,602.87 as part of the close of escrow on a property located at 17511 E. San Marcus Drive, Fountain Hills, AZ.

c.      On or about February 15, 2007, BRANCH received a wire transfer from Security Title into his Wells Fargo Bank account in the amount of $17,752.57 as part of the close of escrow on a property located at 13669 N. 71st Drive, Peoria, AZ.

19.    **BRITTANY ANN PARRISH:**

a.      On or about September 22, 2006, PARRISH notarized loan documents relating to funding secured at WMC Mortgage Corp. with known false or misleading

1 information for a straw buyer for a property located at 2909 E. Liberty Lane, Phoenix, AZ
2 85048.

3        b.    On or about October 10, 2006, PARRISH opened a Free Small Business
4 Checking Account at the U.S. Bank in Arizona in the name of Phoenix Development
5 Company LLC.

6        c.    On or about November 15, 2006, PARRISH's Phoenix Development
7 Company LLC bank account at U.S. Bank received a wire transfer of $26,550 from Security
8 Title Company as 'cash out' proceeds relating to the purchase of a property located at 7731
9 S. 22nd Lane, Phoenix, AZ 85041 by a straw buyer who was recruited by PARRISH.  The
10 funding for this property was obtained by submitting false and/or misleading information to
11 the lending institution.

12        d.    On or about December 1, 2006, PARRISH's Phoenix Development
13 Company LLC bank account at U.S. Bank received a wire transfer of $37,500 from Security
14 Title Company as 'cash out' proceeds relating to the purchase of a property located at 5166
15 W. Muriel Drive, Glendale, AZ 85308 by a straw buyer who was recruited by PARRISH.
16 The funding for this property was obtained by submitting false and/or misleading information
17 to the lending institution.
18

19        e.    On or about February 6, 2007, PARRISH's Phoenix Development
20 Company LLC bank account at U.S. Bank received a wire transfer of $37,000 from Security
21 Title Company as 'cash out' proceeds relating to the purchase of a property located at 5013
22 N. 87th Place, Scottsdale, AZ 85250 by a straw buyer who was recruited by PARRISH.  The
23 funding for this property was obtained by submitting false and/or misleading information to
24 the lending institution.

25        f.    On or about February 7, 2007, PARRISH directed a straw buyer to sign
26 a Warranty Deed transferring interest in a property located at 7731 S. 22nd Lane, Phoenix, AZ
27 85041 to PARRISH's Phoenix Development Company LLC.

28

g.     On or about February 7, 2007, PARRISH directed a straw buyer to sign a Warranty Deed transferring interest in a property located at 5166 W. Muriel Drive, Glendale, AZ 85308 to PARRISH's Phoenix Development Company LLC.

20.     **JOHN H. WEBBER III:**

a.     On or about February 22, 2006, WEBBER received a wire transfer of $120,000 to his Wells Fargo Bank N.A. account for a property that was obtained by WEBBER's recruited straw buyer.

b.     On or about February 26, 2006, WEBBER wire transferred $26,000 to a straw buyer from his Wells Fargo Bank account.

c.     On or about May 5, 2007, WEBBER added T. Lynette Ochoa, a straw buyer, to his personal bank account at Wells Fargo Bank.

21.     **STEPHANIE MCWILLIAMS:**

a.     On or about May 8, 2006, MCWILLIAMS deposited a $20,000 check written off DLA DEVELOPMENT LLC into her personal bank account.

b.     On or about  May 8, 2006, MCWILLIAMS company, BJ GROUP HOMES, deposited a $10,000 check written off DLA DEVELOPMENT LLC into its business bank account.

c.     On or about  June 2006, MCWILLIAMS knowingly signed falsified Uniform Loan Applications for properties located at 13669 N. 71st Drive, Peoria, AZ 85381, 17511 E. San Marcus Drive, Fountain Hills, AZ 85268, and 7753 E. Pleasant Run, Scottsdale, AZ 85258.

d.     On or about  November 22, 2006, MCWILLIAMS telephonically verified that Deborah Bredenburg, a straw buyer, was employed at BJ Group Homes LLC by telling an officer of Decision One Mortgage Company that Bredenburg was a Manager currently working 40 hours per week at one of BJ Group Homes LLC's group homes for adolescents.

All in violation of Title 18, United States Code, Section 1349.

12

## COUNTS 2 – 7

### Mail Fraud

### [18 U.S.C. Section § 1341]

22.     The grand jury re-alleges and incorporates by reference paragraphs 1-9 and 11-23 of the Indictment and further alleges as follows:

23.     Beginning at a time unknown to the Grand Jury, but at least as early as on or about September, 2006, and continuing to the present, from on or about the dates listed below, in the District of Arizona and elsewhere, defendants BERNADEL, LUCERO, ADORNO, BARTLEMUS, PARRISH, WEBBER, and MCWILLIAMS along with others, did knowingly and intentionally devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises.

24.     On or about the dates listed below, in the District of Arizona and elsewhere, for the purpose of executing and attempting to execute said scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, defendants,  and others known and unknown to the Grand Jury, placed and caused to be placed in a post office and authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and deposited and caused to be deposited for delivery by a private or commercial interstate carrier, from or to the District of Arizona, as set forth in the chart below, each such instance being a separate Count of this  Indictment:

| Count | Date | Sender | Recipient | Carrier | Item(s) Sent |
|-------|------|--------|-----------|---------|--------------|
| 2 | 9/25/06 | Security Title Agency, 10419 E. McDowell Mtn Ranch Rd, Suite E-102, Scottsdale, AZ 85255 | Funding Department WMC Mortgage Corp, 3100 Thorton Avenue, Burbank, CA 91504 | FedEx | Closing Package including Final HUD-1 statement, Notarized Loan documents and signed Uniform Loan Application for 2909 E. Liberty Lane, Phoenix, AZ 85048 |

| Count | Date | Sender | Recipient | Carrier | Item(s) Sent |
|---|---|---|---|---|---|
| 3 | 11/21/06 | Security Title Agency, 10419 E. McDowell Mtn Ranch Rd, Suite E-102, Scottsdale, AZ 85255 | Funding Department Harbourton Mortgage, 2121 Alton Parkway #200, Irvine, CA 92606 | FedEx | Closing Package including Final HUD-1 statement, Notarized Loan documents and signed Uniform Loan Application for 5166 W. Muriel Drive, Glendale, AZ 85308 |
| 4 | 6/13/06 | Security Title Agency, 10419 E. McDowell Mtn Ranch Rd, Suite E-102, Scottsdale, AZ 85255 | Funding Department WMC Mortgage Corp, 3100 Thorton Avenue, Burbank, CA 91504 | FedEx | Closing Package including Final HUD-1 statement, Notarized Loan documents and signed Uniform Loan Application for 7753 E. Pleasant Run, Scottsdale, AZ 85258 |
| 5 | 1/30/07 | Security Title Agency, 8800 E. Raintree Drive, Suite 130, Scottsdale, AZ 85260 | Post Closing Department Aurora Loan Services, 615 South Beltline, Scottsbluff, NE 69361 | FedEx | Closing Package including Final HUD-1 statement, Notarized Loan documents and signed Uniform Loan Application for 3602 N. 68th Street, Scottsdale, AZ 85251 |
| 6 | 1/30/07 | Security Title Agency, 8800 E. Raintree Drive, Suite 130, Scottsdale, AZ 85260 | Post/Funding Dept. Washington Mutual, 1400 S. Douglass Rd. #100, Anaheim, CA 92806 | FedEx | Closing Package including Final HUD-1 statement, Notarized Loan documents and signed Uniform Loan Application for 13669 N. 71st Drive, Peoria, AZ 85381 |
| 7 | 2/22/07 | Security Title Agency, 8800 E. Raintree Drive, | Payoff Dept. HomeEq Servicing, 4837 | FedEx | Letter addressed to Payoff Department |

All in violation of Title 18, United States Code, Section 1341 and 2, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNTS 8-14

### Wire Fraud

### [18 U.S.C. Section § 1343]

25.     The grand jury realleges and incorporates by reference paragraphs 1 – 9 and 11-23 of the Indictment and further alleges as follows:

26.     On or about the dates set forth below, in the District of Arizona, defendants BERNADEL, LUCERO, ADORNO, BARTLEMUS,   PARRISH, WEBBER, and MCWILLIAMS, devised and intended to devise a scheme and artifice to defraud to obtain money from lending institutions by means of false and fraudulent pretenses, representations, and promises, knowing at the time the pretenses, representations, and promises were false and fraudulent.  In furtherance of, and for the purpose of executing the aforesaid scheme and artifice to defraud, on or about the following dates, in the District of Arizona and elsewhere, defendants did transmit and cause to be transmitted by means of wire communication, interstate or foreign commerce, the writings, signs, signals, pictures, and sound described below each being a separate count of this indictment, all for the purpose of executing such scheme and artifice to defraud, as follows:

| Count | Date | Sender | Recipient | Method | Item(s) Sent |
|-------|------|--------|-----------|--------|--------------|
| 8 | 9/28/06 | Bank of New York | Security Title Agency | Wire Transfer | Closing funds in the amount of $486,098.60 for the new loan on 2909 E. Liberty Lane, Phoenix, AZ 85048 |
| 9 | 11/30/06 | Countrywide | Security Title Agency | Wire Transfer | Closing funds in the amount of $462,941.57 for the new loan on 5166 W. Muriel Drive, Glendale, AZ 85308 |

| Count | Date | Sender | Recipient | Method | Item(s) Sent |
|-------|------|--------|-----------|--------|--------------|
| 10 | 6/16/06 | Bank of New York | Security Title Agency | Wire Transfer | Closing funds in the amount of $685,860.54 for the new loan on 7753 E. Pleasant Run, Scottsdale, AZ 85258 |
| 11 | 2/5/07 | Lehman Brothers Bank | Security Title Agency | Wire Transfer | Closing Package funds in the amount of $398,944.97 for the new loan on 3602 N. 68th St, Scottsdale, AZ 85251 |
| 12 | 2/9/07 | Washington Mutual Bank | Security Title Agency | Wire Transfer | Closing funds in the amount of $499,651.62 for the new loan on 13669 N. 71st Drive, Peoria, AZ 85381 |
| 13 | 2/22/07 | American Mortgage | Security Title Agency | Wire Transfer | Closing funds in the amount of $932,760.52 for the new loan on 7301 E. Third Avenue #309, Scottsdale, AZ 85251 |
| 14 | 1/30/06 | BARTLE-MUS at Security Title Agency, 10419 E. McDowell Mt Ranch Rd #E-102, Scottsdale, AZ 85255 facsimile number 480-513-7237 | Crevcor Mortgage Company, St. Louis, Missouri at facsimile number 314-817-1576 | Facsimile | Fraudulent Final HUD-1 Statement for closing of property located at 17008 S. 27th Lane, Phoenix, AZ 85045 |

All in violation of Title 18, United States Code, Section 1343 and 2 (aiding and abetting), and Pinkerton v. United States, 328 U.S. 640 (1946).

16

## Count 15

### Bank Fraud

### [18 U.S.C. Section § 1344]

27.     The grand jury re-alleges and incorporates by reference paragraphs 1-9 and 11-28 of the Indictment and further alleges as follows:

28.     Beginning no later than December 2005, and through on or about March 1, 2007, and on or about the January 30, 2007, in the District of Arizona, defendants BERNADEL, LUCERO, ADORNO, BARTLEMUS,  PARRISH, WEBBER, and MCWILLIAMS and others known and unknown to the grand jury, within the United States, knowingly and intentionally  executed, or attempted to execute, a scheme  to defraud or obtain money, funds, credits, assets or other property, by means of materially false and fraudulent pretenses, representations, and promises.

29.     Between on or about January 30, 2007 and on or about February 15, 2007, in the District of Arizona and elsewhere, for the purpose of executing and attempting to execute said scheme and artifice to defraud and to obtain money, funds, credits, assets or other property, owned by or under the custody and control of a  federally insured financial institution by using fraudulent loan applications to obtain a loan from Washington Mutual Bank, for a property located at 13669 N. 71st Drive, Peoria, AZ 85381   by means of materially false and fraudulently pretenses, represenations and promises, defendants BERNADEL, LUCERO, ADORNO, BARTLEMUS, PARRISH, WEBBER,  and MCWILLIAMS did knowingly and intentionally executed a scheme to defraud and to obtain money, funds, credits, assets or other property, owned by or under the custody and control of a  federally insured financial institution by using fraudulent loan applications to obtain a loan from Washington Mutual Bank, for a property located at 13669 N. 71st Drive, Peoria, AZ 85381.

In violation of Title 18, United States Code, Section 1344 and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNTS 16 - 43

### Transactional Money Laundering

### [18 U.S.C. Section 1957]

30.    The grand jury re-alleges and incorporates by reference paragraphs 1-19 and 11-27 of the Indictment and further alleges as follows:

31.    Beginning no later than December 2005, and through on or about March 1, 2007, and on or about the dates listed below, in the District of Arizona, defendants BERNADEL, LUCERO, ADORNO, BARTLEMUS, BRANCH, PARRISH, WEBBER, and MCWILLIAMS and others known and unknown to the grand jury, within the United States, knowingly engaged in monetary transactions as set forth below, in criminally derived property of a value greater than $10,000, and which was derived from specified unlawful activity, namely violations of 18 U.S.C. Sections 1341 (Mail Fraud), and 1343 (Wire Fraud), as alleged in Counts 2-14 of this Indictment, each such instance being a separate Count of this Indictment as follows:

| Count | Date of Trans. (Fin. Int.) [Check Nos./Wire Transfer] | Amount | Payee (Signatory/ Defendant) | Source of Funds |
|---|---|---|---|---|
| 16 | 12/1/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $31,033.62 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Harbourton Mortgage Investment for the purchase of 5166 W. Muriel Drive, Glendale, AZ 85308 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 17 | 12/1/2006 (US Bank) [Wire from Security Title Agency's JP Morgan Chase Account] | $37,500.00 | Phoenix Development LLC (Brittany Parrish/ PARRISH) | Loan proceeds from Harbourton Mortgage Investment for the purchase of 5166 W. Muriel Drive, Glendale, AZ 85308 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |

18

| 18 | 2/15/2007<br>(Wells Fargo Bank N.A.)<br>[Wire from Security Title Agency's JP Morgan Chase Account] | $17,752.57 | AMB Consulting<br><br>(Marcos Branch/ BRANCH) | Loan proceeds from Washington Mutual for the purchase of 13669 N. 71st Drive, Peoria, AZ 85381by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 19 | 2/22/2007<br>(Wells Fargo Bank N.A.)<br>[Wire from Security Title Agency's JP Morgan Chase Account] | $120,000.00 | JC Development<br>(John H Webber III/ WEBBER) | Loan proceeds from American Mortgage Network for the purchase of 7301 E. Third Avenue #309, Scottsdale, AZ 85251by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 20 | 2/23/2007<br>(JP Morgan Chase)<br>[Check number #47031375 written on Security Title Agency's JP Morgan Chase Account] | $21,007.19 | Compass Development, Inc<br><br>(Mario Bernadel/ BERNADEL) | Loan proceeds from American Mortgage Network for the purchase of 7301 E. Third Avenue #309, Scottsdale, AZ 85251by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 21 | 6/19/2006<br>(JP Morgan Chase)<br>[Wire from Security Title Agency's JP Morgan Chase Account] | $111,000.00 | DLA Development<br><br>(Amanda L Adorno/ ADORNO) | Loan proceeds from WMC Mortgage Corp for the purchase of 7753 E. Pleasant Run, Scottsdale, AZ 85258 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 22 | 9/28/2006<br>(JP Morgan Chase)<br>[Wire from Security Title Agency's JP Morgan Chase Account] | $90,000.00 | Lamp Light Marketing LLC<br><br>(April J Lucero/ LUCERO) | Loan proceeds from WMC Mortgage Corp for the purchase of 2909 E. Liberty Lane, Phoenix, AZ 85048 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |

| 23 | 11/15/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $39,750.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Lehman Brothers Bank for the purchase of 7731 S. 22nd Lane, Phoenix, AZ 85041 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
|----|----|----|----|----|
| 24 | 11/15/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $26,550.00 | Phoenix Development LLC (Brittany Parrish/ PARRISH) | Loan proceeds from Lehman Brothers Bank for the purchase of 7731 S. 22nd Lane, Phoenix, AZ 85041 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 25 | 1/4/2007 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $56,000.00 | Lamp Light Marketing LLC April J Lucero/ LUCERO | Loan proceeds from HSBC for the purchase of 4349 N. 86th St, Scottsdale, AZ 85251by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 26 | 2/6/2007 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $37,000.00 | Phoenix Development LLC (Brittany Parrish/ PARRISH) | Loan proceeds from Washington Mutual Bank for the purchase of 5013 N. 87th Place, Scottsdale, AZ 85250 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 27 | 1/31/2006 (JP Morgan Chase) [Check from Security Title Agency's JP Morgan Chase Account] | $60,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Washington Mutual Bank for the purchase of 16043 N. 168th Avenue, Surprise, AZ 85388 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |

| | | | | |
|---|---|---|---|---|
| 28 | 2/1/2006 (JP Morgan Chase) [Check from Security Title Agency's JP Morgan Chase Account] | $40,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Wells Fargo Bank for the purchase of 17008 S. 27th Lane, Phoenix, AZ 85045 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 29 | 2/1/2006 (JP Morgan Chase) [Check from Security Title Agency's JP Morgan Chase Account] | $51,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Lehman Brothers Bank for the purchase of 11164 S. Obispo Drive, Goodyear, AZ 85388 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 30 | 2/2/2006 (JP Morgan Chase) [Check from Security Title Agency's JP Morgan Chase Account] | $28,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Bank of America for the purchase of 2527 N. 69th Place, Peoria, AZ 85345 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 31 | 2/28/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $106,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Deutsche Bank for the purchase of 4110 E. Glenrosa Avenue, Phoenix, AZ 85018 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 32 | 2/8/2007 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $35,602.87 | AMB Consulting (Marcos Branch/ BRANCH) | Loan proceeds from Deutsche Bank for the purchase of 17511 E. San Marcos Drive, Fountain Hills, AZ 85268 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |

| | | | | |
|---|---|---|---|---|
| 33 | 6/1/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $114,600.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Citibank for the purchase of 17511 E. San Marcos Drive, Fountain Hills, AZ 85268 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 34 | 4/11/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $50,900.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from HSBC Bank for the purchase of 8902 N. 18th Avenue, Phoenix, AZ 85021 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 35 | 4/24/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $70,000.00 | DLA Development (Amanda L Adorno/ ADORNO) | Loan proceeds from BNC National Bank for the purchase of 847 W. Naranja Avenue, Mesa, AZ 85210 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 36 | 5/1/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $26,000.00 | April J Lucero/ LUCERO | Loan proceeds from Keybank for the purchase of 15240 N. Clubgate Drive, Unit 161, Scottsdale, AZ 85254 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 37 | 6/2/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $40,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from BNC Bank for the purchase of 7902 Culver, Scottsdale, AZ by a straw buyer. Loan proceeds were obtained by false statements and fraud. |

| 38 | 6/2/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $60,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Southstar Funding for the purchase of 873 Gemini, Chandler, AZ by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
|---|---|---|---|---|
| 39 | 6/6/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $60,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Bank of New York for the purchase of 3602 N. 68th Street, Scottsdale, AZ by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 40 | 1/19/2007 (JP Morgan Chase) [Check from Security Title Agency's JP Morgan Chase Account] | $41,872.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Keybank for the purchase of 2249 W. Calle Marita, Phoenix, AZ 85085 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 41 | 9/22/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $45,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Bank of America for the purchase of 1080 W. Todd Drive, Tempe, AZ 85283 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
| 42 | 11/22/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $15,000.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from The CIT Group for the purchase of 10602 W. Whyman Avenue, Tolleson, AZ 85353 by a straw buyer. Loan proceeds were obtained by false statements and fraud. |

| 43 | 1/20/2006 (JP Morgan Chase) [Wire from Security Title Agency's JP Morgan Chase Account] | $83,198.00 | Lamp Light Marketing LLC (April J Lucero/ LUCERO) | Loan proceeds from Countrywide for the purchase of 2104 W. Longhorn, Chandler, AZ by a straw buyer. Loan proceeds were obtained by false statements and fraud. |
|---|---|---|---|---|

In violation of Title 18, United States Code, Section 1957(a) and 2.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 27, 2008

DIANE J. HUMETEWA
United States Attorney
District of Arizona

/s/
KEVIN M. RAPP
Assistant U.S. Attorney