WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Mario G. Bernadel, et al.,<br><br>　　　　　Defendants. | No. CR-08-00256-001-PHX-SMM<br><br>**O R D E R** |

　　　Defendant, Mario G. Bernadel, a self –denominated "Secured Party/Creditor . . . [and] Third party Intervenor" filed a series of documents (Docs. 757, 758) on behalf of the ENS LEGIS TRUST as an administrative notice, counter and tort claim, citing as his jurisdictional basis "[a] cause of law, equity and ecclesiastical authority."

　　　Defendant was convicted on September 8, 2009 of many federal felony charges including conspiracy, wire and mail fraud and money laundering transactions.  He was sentenced on March 15, 2010 to 200 months in the custody of the Bureau of Prisons, five years supervised release and $26,900 in financial penalties plus restitution.  His sentence was affirmed by the Ninth Circuit Court of Appeals.

From a brief review of these documents, it appears that the Defendant is attempting to cancel his financial debts or to preclude the collection of those debts from various entities. The difficulty, however, is that that jurisdiction is not established in this Court as stated by the Defendant nor are the documents properly authenticated or recognizable.

Therefore, IT IS ORDERED striking Defendant's pleadings (Docs. 757, 758) and the Clerk of the Court is ordered to return them to Defendant with a copy of this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall furnish copies of this Order to AUSA Kevin Rapp and attorney Michael Smith.

DATED this 13th day of August, 2015.

Honorable Stephen M. McNamee
Senior United States District Judge